1

2

3

4

5

6

7

8

9

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Priority ✓
Send ____
Enter ✓
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only____

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10

11   EUGENE LAMONT WEEMS,                )    CASE NO. EDCV 07-01579 DOC (SS)
                                         )
12                    Petitioner,        )    **ORDER ADOPTING FINDINGS,**
                                         )    **CONCLUSIONS, AND RECOMMENDATIONS OF**
13            v.                         )    **UNITED STATES MAGISTRATE JUDGE**
                                         )
14   M.S. EVANS, Warden,                 )
                                         )
15                    Respondent.        )
                                         )
16   _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all the records and files herein and the Amended Report and

20   Recommendation of the United States Magistrate Judge.  The time for

21   filing Objections to the Amended Report and Recommendation has passed

22   and no Objections have been received.  Accordingly, the Court accepts

23   and adopts the findings, conclusions and recommendations of the

24   Magistrate Judge.

25   \\

26   \\

27   \\

28   \\

     \\

1          Accordingly, **IT IS ORDERED THAT:**

2

3     1.    Judgment  shall  be  entered  dismissing  this  action  without

4 prejudice.

5

6     2.    The Clerk shall serve copies of this Order and the Judgment

7 herein by United States mail on Petitioner.

8

9     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10

11 DATED:  *February 26, 2008*

12                          *David O. Carter*
                            _____
13                          DAVID O. CARTER
                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2