FILED
CLERK, U.S. DISTRICT COURT

FEB 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LAMONT WEEMS, | CASE NO. EDCV 07-01579 DOC (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M.S. EVANS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: *February 26, 2008*

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE